■ GEETA P. PAREKH et al., Appellants, v JOHN AVIS, Respondent. [707 NYS2d 850] —In an action to recover damages for personal injuries, etc., the plaintiffs appeal from a judgment of the Supreme Court, Dutchess County (Pagones, J.), entered May 6, 1999, which, upon the denial of their motion pursuant to CPLR 4401 for judgment in their favor as a matter of law, and upon a jury verdict in favor of the defendant, dismissed the complaint.

Ordered that the judgment is affirmed, with costs.

The trial court properly denied the plaintiffs' motion for a directed verdict on the issue of whether the injured plaintiff had suffered a serious injury, "given the conflicting medical evidence as to whether there was a causal connection between the accident and plaintiffs alleged permanent [injuries]" (*Rosabella v Fanelli,* 225 AD2d 1007, 1008; *see, Szczerbiak v Pilat,* 90 NY2d 553, 556).

Additionally, the verdict in favor of the defendant was not against the weight of the evidence (*see, Cohen v Hallmark Cards,* 45 NY2d 493, 499; *Nicastro v Park,* 113 AD2d 129). Santucci, J. P., Altman, Friedmann and McGinity, JJ., concur.